# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| MICHAEL RAY ROBINSON, | |
| Petitioner, | No. C13-0099 |
| vs. | ORDER |
| NICK LUDWICK, | |
| Respondent. | |

This matter comes before the Court on the letter (docket number 41) from Petitioner Michael Robinson, dated September 19, 2014. Petitioner notes that the Respondent was given an additional 30 days to file his brief, and asks that the time for him to file a brief also be extended. In addition, Petitioner renews his request for appointment of an attorney.

On September 8, 2014, the Court granted Respondent's motion for extension of time, and extended the deadline for Respondent to file a merits brief from September 6 to October 6. The Court neglected to similarly extend Petitioner's time to file a reply brief. Accordingly, the deadline for Petitioner to file a reply brief will be extended from October 17 to November 17.

This is the seventh time which Petitioner has asked for an attorney. His request has been denied six times. *See* docket numbers 3, 22, 24, 27, 32, and 34. In her most recent order, dated May 28, 2014, Chief Judge Linda R. Reade suggests that "[r]ather than incessantly continue to seek appointment of counsel, the petitioner should focus on submitting a brief as the court previously directed him to do." *See* Order (docket number 34). For the reasons previously stated, Petitioner's instant request for appointment of counsel will be denied.

## ORDER

IT IS THEREFORE ORDERED that the request set forth in Petitioner's letter (docket number 41) is **GRANTED in part** and **DENIED in part** as follows:

1. The deadline for Petitioner to file a reply brief is **EXTENDED** to **November 17, 2014**.

2. Petitioner's seventh request for appointment of counsel is **DENIED**.

DATED this 23rd day of September, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA